## Hunt *v.* Glasgow, Inc. et al., Appellants.

Argued June 17, 1965. *Frederick W. Anton, III,* with him *Paul H. Ferguson* and *Earl Thomas Britt,* for appellant; *Ralph Schwartz,* with him *Harry Cohen,* for appellee.

Judgment affirmed.

FLOOD, J., absent.

## Morgan Unemployment Compensation Case.

Argued June 17, 1965. *Stanley K. Morgan,* claimant, appellant, in propria persona, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.